[Crim. No. 422.    Third Appellate District.—April 9, 1918.]

## THE PEOPLE, Respondent, v. ADOLPH LYONS, Appellant.

CRIMINAL LAW—APPEAL—FAILURE TO APPEAR OR FILE BRIEFS—SUBMISSION OF CAUSE ON RECORD.—Where on an appeal from a judgment in a criminal action no briefs are filed or appearance made on behalf of appellant, the attorney-general may move to submit the case for decision on the record.

APPEAL from a judgment of the Superior Court of Sacramento County. Malcolm C. Glenn, Judge.

The facts are stated in the opinion of the court.

Martin I. Welsh, and Ralph H. Lewis, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—Defendant appealed to this court from the judgment of the superior court of the county of Sacramento, under which he was sentenced to serve a term in state's prison, having previously been convicted by a jury of the crime of grand larceny.

The clerk's transcript and the reporter's transcript were filed in this court on the thirteenth day of November, 1917. No briefs have been filed and the time for the filing thereof has not been extended. The case was placed upon the April calendar of this court, at which time there was no appearance on behalf of appellant, and the attorney-general moved that it be submitted on the record. On the authority of *People* v. *Wagner,* ante, p, 41, [171 Pac. 699], and the cases therein cited, the judgment is affirmed.